NATIONAL BANK OF VIRGINIA, Appellant, *v.* ROBERT A. MILLS et al., Respondents.

(Argued May 6, 1885 ; decided June 9, 1885.)

IN this action plaintiff was nonsuited on trial. The judgment was reversed on the ground that the evidence required the submission of the case to the jury.

*Edward P. Wilder* for appellant.

*Thomas Bracken* for respondents.

DANFORTH, J., reads for reversal and new trial.
All concur.
Judgment reversed.